PENACHIO MALARA LLP  
Proposed Counsel for the Debtor  
245 Main Street, Suite 450  
White Plains, New York 10601  
(914) 946-2889  

**HEARING DATE AT TIME:**  
**MAY 25, 2022 AT 10:00 AM**

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------X  
In re                                                       :       CHAPTER 11  
                                                              :       (Subchapter V)  
    THE CRYSTAL SPOON CORP.,       :  
                                                              :       CASE NO.: 22-22277-SHL  
                                                              :  
                                Debtor.       :  
------------------------------------X  

**NOTICE OF HEARING ON THE DEBTOR'S MOTION FOR AN ORDER (I) AUTHORIZING THE USE OF CASH COLLATERAL UNDER 11 U.S.C. § 363 (c); (II) AUTHORIZING THE PAYMENT OF PRE-PETITION WAGE CLAIMS; AND (III) GRANTING SUCH OTHER AND FURTHER RELIEF AS MAY BE APPROPRIATE**

**PLEASE TAKE NOTICE** that a hearing on the application of **THE CRYSTAL SPOON CORP.**, the above-referenced debtor (the "Debtor") for an order (i) authorizing the use of cash collateral under 11 U.S.C. § 363, (ii) authorizing payment of pre-petition wages to employees; and (iii) granting such other and further relief as may be just and proper, will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in his Courtroom, at the United States Bankruptcy Court, The Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601 on May 25, 2022 at 10:00 AM.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted by telephone through Zoom for Government. Please refer to the Bankruptcy Court website www.nysb.uscourts.gov and/or contact the undersigned for guidance.

**PLEASE TAKE FURTHER NOTICE**, that a copy of the application is submitted

herewith and is also available on the Bankruptcy Court's website, www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Application may be raised at the hearing. Unless objections are interposed, the relief sought in the application may be granted.

Dated: White Plains, NY
May 23, 2022

**PENACHIO MALARA LLP**

By: /s/ Anne Penachio
Anne Penachio
Counsel for the Debtor
245 Main Street, Suite 450
White Plains, NY 10601
(914) 946-2889