The Crystal Spoon Corp.

Chapter 11 [Case No.: 22-22277-shl]

LIQUIDATION ANALYSIS

| ASSET | ESTIMATED VALUE | |
|---|---|---|
| Cash on Hand | $580,000.00 (as of May 31, 2023) | |
| 2019 Jaguar | $30,000.00 | |
| Machinery Used in Business (ovens, refrigerators, stoves, tools) | $50,000.00 | |
| Food Product | $20,000.00 | |
| Office Furniture/Equipment | $ 5,000.00 | |
| Receivables (Collectible) | $400,000.00 (collectible) | |
| Total Estimated Value: | | $1,085,000.00 |
| Less: | | |
| Current Accounts Payable (Post-Petition Vendors) | ($250,000.00) | |
| Less Costs of Liquidation (Chapter 7 Trustee) | ($100,000.00) | |
| Total: | | $350,000.00 |
| | | |
| Balance - | | $735,000.00 |
| Projected Percent Distribution | | 70% |

(Claims inclusive of SBA and Admin. Claims)

Note:  All assets except for the vehicle are subject to the security interest of the US SBA in the amount of approximately $150,000.00.