# Crystal Spoon Corp Cash Flow

| Month | Income | | | | | | | | Expenses | | | | | | | | | | | | | | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top Chef Meals | Housing Works | Get Joy | Country Childrens | Meals on Wheels | Insurance Clients | Spot * Tango | Total Sales | COGS (Packaging, Supplies etc.) | COGS (Food Product) | Payroll | Payroll Taxes | Advertising/Marketing | Repairs Maint & Supplies | Credit Card Fees | Insurance | Rent - Base | Delivery Services - Fedex/Courier | Services & Utilities | Website & Accounting Fees | IDL Repayment | Total Expenses | |
| Jun-23 | $ 225,420 | $ 22,160 | $ 147,067 | $ 24,390 | $ 14,859 | $ 84,851 | $ 251,990 | $ 770,737 | $ 16,956 | $ 367,488 | $ 154,147 | $ 50,859 | $ 20,000 | $ 1,100 | $ 8,250 | $ 5,010 | $ 32,284 | $ 81,770 | $ 15,147 | $ 667 | $ 731 | $ 754,410 | $ 16,328 |
| Jul-23 | $ 231,056 | $ 22,160 | $ 150,009 | $ 24,390 | $ 15,751 | $ 84,161 | $ 251,990 | $ 779,516 | $ 17,149 | $ 371,673 | $ 155,903 | $ 51,439 | $ 20,000 | $ 1,100 | $ 8,457 | $ 5,067 | $ 32,284 | $ 83,054 | $ 15,147 | $ 667 | $ 731 | $ 762,671 | $ 16,845 |
| Aug-23 | $ 236,832 | $ 22,160 | $ 153,009 | $ 24,390 | $ 16,696 | $ 85,774 | $ 251,990 | $ 790,850 | $ 17,399 | $ 377,077 | $ 158,170 | $ 52,187 | $ 20,000 | $ 1,100 | $ 8,668 | $ 5,141 | $ 33,899 | $ 84,887 | $ 15,147 | $ 667 | $ 731 | $ 775,072 | $ 15,778 |
| Sep-23 | $ 242,753 | $ 22,160 | $ 156,069 | $ 24,390 | $ 17,698 | $ 86,242 | $ 255,770 | $ 805,081 | $ 17,712 | $ 383,863 | $ 161,016 | $ 53,126 | $ 20,000 | $ 1,100 | $ 8,885 | $ 5,233 | $ 33,899 | $ 86,513 | $ 15,147 | $ 667 | $ 731 | $ 787,891 | $ 17,190 |
| Oct-23 | $ 248,822 | $ 22,160 | $ 159,190 | $ 24,390 | $ 18,760 | $ 87,298 | $ 259,606 | $ 820,226 | $ 18,045 | $ 391,084 | $ 164,045 | $ 54,125 | $ 22,000 | $ 1,100 | $ 9,107 | $ 5,331 | $ 33,899 | $ 88,314 | $ 15,147 | $ 667 | $ 731 | $ 803,595 | $ 16,631 |
| Nov-23 | $ 255,042 | $ 22,160 | $ 162,374 | $ 24,390 | $ 19,885 | $ 88,072 | $ 263,500 | $ 835,423 | $ 18,379 | $ 398,330 | $ 167,085 | $ 55,128 | $ 23,000 | $ 1,100 | $ 9,335 | $ 5,430 | $ 33,899 | $ 90,101 | $ 15,147 | $ 667 | $ 731 | $ 818,331 | $ 17,093 |
| Dec-23 | $ 261,418 | $ 22,160 | $ 165,622 | $ 24,390 | $ 21,078 | $ 89,000 | $ 264,818 | $ 848,486 | $ 18,667 | $ 404,558 | $ 169,697 | $ 55,990 | $ 23,000 | $ 1,100 | $ 9,568 | $ 5,515 | $ 33,899 | $ 91,970 | $ 15,147 | $ 667 | $ 731 | $ 830,508 | $ 17,977 |
| Jan-24 | $ 267,954 | $ 22,160 | $ 168,934 | $ 24,390 | $ 21,078 | $ 89,864 | $ 266,142 | $ 860,522 | $ 18,931 | $ 410,297 | $ 172,104 | $ 56,784 | $ 21,000 | $ 1,100 | $ 9,807 | $ 5,593 | $ 33,899 | $ 93,598 | $ 17,419 | $ 667 | $ 731 | $ 841,931 | $ 18,591 |
| Feb-24 | $ 265,274 | $ 22,160 | $ 172,313 | $ 24,390 | $ 21,078 | $ 90,774 | $ 267,473 | $ 863,461 | $ 18,996 | $ 411,698 | $ 172,692 | $ 56,978 | $ 21,000 | $ 1,100 | $ 9,709 | $ 5,612 | $ 33,899 | $ 93,209 | $ 17,419 | $ 667 | $ 731 | $ 843,710 | $ 19,751 |
| Mar-24 | $ 262,621 | $ 22,160 | $ 175,759 | $ 24,390 | $ 21,078 | $ 91,674 | $ 268,810 | $ 866,492 | $ 19,063 | $ 413,143 | $ 173,298 | $ 57,178 | $ 23,000 | $ 1,100 | $ 9,612 | $ 5,632 | $ 33,899 | $ 92,823 | $ 17,419 | $ 667 | $ 731 | $ 847,565 | $ 18,927 |
| Apr-24 | $ 259,995 | $ 22,160 | $ 179,274 | $ 24,390 | $ 22,343 | $ 92,592 | $ 270,154 | $ 870,908 | $ 19,160 | $ 415,249 | $ 174,182 | $ 57,469 | $ 25,000 | $ 1,100 | $ 9,516 | $ 5,661 | $ 33,899 | $ 92,726 | $ 17,419 | $ 667 | $ 731 | $ 852,778 | $ 18,130 |
| May-24 | $ 257,395 | $ 22,160 | $ 182,860 | $ 24,390 | $ 23,684 | $ 93,515 | $ 271,505 | $ 875,508 | $ 19,261 | $ 417,442 | $ 175,102 | $ 57,773 | $ 25,000 | $ 1,100 | $ 9,421 | $ 5,691 | $ 33,899 | $ 92,652 | $ 17,419 | $ 667 | $ 731 | $ 856,156 | $ 19,352 |
| Jun-24 | $ 254,821 | $ 22,160 | $ 186,517 | $ 24,390 | $ 25,105 | $ 94,449 | $ 272,862 | $ 880,304 | $ 19,367 | $ 419,729 | $ 176,061 | $ 58,089 | $ 27,000 | $ 1,100 | $ 9,326 | $ 5,722 | $ 33,899 | $ 92,603 | $ 17,419 | $ 667 | $ 731 | $ 861,713 | $ 18,591 |
| Jul-24 | $ 252,273 | $ 22,160 | $ 190,247 | $ 24,390 | $ 26,611 | $ 95,392 | $ 274,227 | $ 885,299 | $ 19,477 | $ 422,111 | $ 177,060 | $ 58,419 | $ 27,000 | $ 1,100 | $ 9,233 | $ 5,754 | $ 33,899 | $ 92,582 | $ 17,419 | $ 667 | $ 731 | $ 865,451 | $ 19,848 |
| Aug-24 | $ 249,750 | $ 22,160 | $ 194,052 | $ 24,390 | $ 28,208 | $ 96,344 | $ 275,598 | $ 890,502 | $ 19,591 | $ 424,591 | $ 178,100 | $ 58,762 | $ 27,000 | $ 1,100 | $ 9,141 | $ 5,788 | $ 35,593 | $ 92,587 | $ 17,419 | $ 667 | $ 731 | $ 871,072 | $ 19,430 |
| Sep-24 | $ 247,253 | $ 22,160 | $ 197,933 | $ 24,390 | $ 29,900 | $ 97,306 | $ 276,976 | $ 895,918 | $ 19,710 | $ 427,173 | $ 179,184 | $ 59,120 | $ 29,000 | $ 1,100 | $ 9,049 | $ 5,823 | $ 35,593 | $ 92,622 | $ 17,419 | $ 667 | $ 731 | $ 877,192 | $ 18,725 |
| Oct-24 | $ 253,434 | $ 22,160 | $ 201,892 | $ 24,390 | $ 31,694 | $ 98,277 | $ 278,361 | $ 910,208 | $ 20,025 | $ 433,987 | $ 182,042 | $ 60,063 | $ 29,000 | $ 1,100 | $ 9,276 | $ 5,916 | $ 35,593 | $ 94,590 | $ 17,419 | $ 667 | $ 731 | $ 890,409 | $ 19,799 |
| Nov-24 | $ 259,770 | $ 22,160 | $ 205,930 | $ 24,390 | $ 31,694 | $ 99,259 | $ 279,752 | $ 922,955 | $ 20,305 | $ 440,065 | $ 184,591 | $ 60,904 | $ 29,000 | $ 1,100 | $ 9,508 | $ 5,999 | $ 35,593 | $ 96,200 | $ 17,419 | $ 667 | $ 731 | $ 902,082 | $ 20,873 |
| Dec-24 | $ 266,264 | $ 22,160 | $ 210,048 | $ 24,390 | $ 31,694 | $ 100,250 | $ 281,151 | $ 935,957 | $ 20,591 | $ 446,264 | $ 187,191 | $ 61,762 | $ 29,000 | $ 1,100 | $ 9,745 | $ 6,084 | $ 35,593 | $ 97,847 | $ 17,419 | $ 667 | $ 731 | $ 913,995 | $ 21,962 |
| Jan-25 | $ 272,921 | $ 22,160 | $ 214,249 | $ 24,390 | $ 31,694 | $ 101,250 | $ 282,557 | $ 949,221 | $ 20,883 | $ 452,589 | $ 189,844 | $ 62,637 | $ 29,000 | $ 1,100 | $ 9,989 | $ 6,170 | $ 35,593 | $ 99,531 | $ 20,032 | $ 667 | $ 731 | $ 928,766 | $ 20,455 |
| Feb-25 | $ 270,192 | $ 22,160 | $ 218,534 | $ 24,390 | $ 31,694 | $ 102,261 | $ 283,970 | $ 953,201 | $ 20,970 | $ 454,486 | $ 190,640 | $ 62,900 | $ 29,000 | $ 1,100 | $ 9,889 | $ 6,196 | $ 35,593 | $ 99,153 | $ 20,032 | $ 667 | $ 731 | $ 931,358 | $ 21,843 |
| Mar-25 | $ 267,490 | $ 22,160 | $ 222,905 | $ 24,390 | $ 31,694 | $ 103,282 | $ 285,390 | $ 957,310 | $ 21,061 | $ 456,445 | $ 191,462 | $ 63,171 | $ 29,000 | $ 1,100 | $ 9,790 | $ 6,223 | $ 35,593 | $ 98,783 | $ 20,032 | $ 667 | $ 731 | $ 934,059 | $ 23,252 |
| Apr-25 | $ 264,815 | $ 22,160 | $ 227,363 | $ 24,390 | $ 32,645 | $ 104,313 | $ 286,817 | $ 962,502 | $ 21,175 | $ 458,921 | $ 192,500 | $ 63,514 | $ 29,000 | $ 1,100 | $ 9,692 | $ 6,256 | $ 35,593 | $ 98,631 | $ 20,032 | $ 667 | $ 731 | $ 937,813 | $ 24,689 |
| May-25 | $ 262,167 | $ 22,160 | $ 231,910 | $ 24,390 | $ 33,624 | $ 105,355 | $ 288,251 | $ 967,856 | $ 21,293 | $ 461,474 | $ 193,571 | $ 63,867 | $ 29,000 | $ 1,100 | $ 9,595 | $ 6,291 | $ 35,593 | $ 98,493 | $ 20,032 | $ 667 | $ 731 | $ 941,707 | $ 26,149 |
| Jun-25 | $ 259,545 | $ 22,160 | $ 236,548 | $ 24,390 | $ 34,633 | $ 106,406 | $ 289,692 | $ 973,375 | $ 21,414 | $ 464,105 | $ 194,675 | $ 64,231 | $ 29,000 | $ 1,100 | $ 9,499 | $ 6,327 | $ 35,593 | $ 98,370 | $ 20,032 | $ 667 | $ 731 | $ 945,744 | $ 27,630 |
| Jul-25 | $ 256,949 | $ 22,160 | $ 241,279 | $ 24,390 | $ 35,672 | $ 107,469 | $ 291,140 | $ 979,060 | $ 21,539 | $ 466,816 | $ 195,812 | $ 64,606 | $ 29,000 | $ 1,100 | $ 9,404 | $ 6,364 | $ 35,593 | $ 98,261 | $ 20,032 | $ 667 | $ 731 | $ 949,925 | $ 29,134 |
| Aug-25 | $ 254,380 | $ 22,160 | $ 246,105 | $ 24,390 | $ 36,742 | $ 108,542 | $ 292,596 | $ 984,915 | $ 21,668 | $ 469,607 | $ 196,983 | $ 64,993 | $ 29,000 | $ 1,100 | $ 9,310 | $ 6,402 | $ 37,373 | $ 98,167 | $ 20,032 | $ 667 | $ 731 | $ 956,033 | $ 28,882 |
| Sep-25 | $ 251,836 | $ 22,160 | $ 251,027 | $ 24,390 | $ 37,845 | $ 109,625 | $ 294,059 | $ 990,942 | $ 21,801 | $ 472,481 | $ 198,188 | $ 65,390 | $ 29,000 | $ 1,100 | $ 9,217 | $ 6,441 | $ 37,373 | $ 98,088 | $ 20,032 | $ 667 | $ 731 | $ 960,510 | $ 30,432 |
| Oct-25 | $ 258,132 | $ 22,160 | $ 256,048 | $ 24,390 | $ 38,980 | $ 110,720 | $ 295,529 | $ 1,005,958 | $ 22,131 | $ 479,641 | $ 201,192 | $ 66,381 | $ 29,000 | $ 1,100 | $ 9,448 | $ 6,539 | $ 37,373 | $ 99,964 | $ 20,032 | $ 667 | $ 731 | $ 974,198 | $ 31,760 |
| Nov-25 | $ 264,585 | $ 22,160 | $ 261,169 | $ 24,390 | $ 38,980 | $ 111,825 | $ 297,007 | $ 1,020,116 | $ 22,443 | $ 486,391 | $ 204,023 | $ 67,315 | $ 29,000 | $ 1,100 | $ 9,684 | $ 6,631 | $ 37,373 | $ 101,627 | $ 20,032 | $ 667 | $ 731 | $ 987,016 | $ 33,099 |
| Dec-25 | $ 271,200 | $ 22,160 | $ 266,392 | $ 24,390 | $ 38,980 | $ 112,942 | $ 298,492 | $ 1,034,555 | $ 22,760 | $ 493,276 | $ 206,911 | $ 68,268 | $ 29,000 | $ 1,100 | $ 9,926 | $ 6,725 | $ 37,373 | $ 103,328 | $ 20,032 | $ 667 | $ 731 | $ 1,000,096 | $ 34,459 |
| Jan-26 | $ 277,980 | $ 22,160 | $ 271,720 | $ 24,390 | $ 38,980 | $ 114,069 | $ 299,984 | $ 1,049,283 | $ 23,084 | $ 500,298 | $ 209,857 | $ 69,240 | $ 29,000 | $ 1,100 | $ 10,174 | $ 6,820 | $ 37,373 | $ 105,067 | $ 23,037 | $ 667 | $ 731 | $ 1,016,448 | $ 32,835 |
| Feb-26 | $ 275,200 | $ 22,160 | $ 277,154 | $ 24,390 | $ 38,980 | $ 115,208 | $ 301,484 | $ 1,054,576 | $ 23,201 | $ 502,822 | $ 210,915 | $ 69,589 | $ 29,000 | $ 1,100 | $ 10,072 | $ 6,855 | $ 37,373 | $ 104,706 | $ 23,037 | $ 667 | $ 731 | $ 1,020,068 | $ 34,508 |
| Mar-26 | $ 272,448 | $ 22,160 | $ 282,697 | $ 24,390 | $ 38,980 | $ 116,358 | $ 302,992 | $ 1,060,025 | $ 23,321 | $ 505,420 | $ 212,005 | $ 69,949 | $ 29,000 | $ 1,100 | $ 9,972 | $ 6,890 | $ 37,373 | $ 104,354 | $ 23,037 | $ 667 | $ 731 | $ 1,023,818 | $ 36,207 |
| Apr-26 | $ 269,724 | $ 22,160 | $ 288,351 | $ 24,390 | $ 40,149 | $ 117,520 | $ 304,507 | $ 1,066,800 | $ 23,470 | $ 508,650 | $ 213,360 | $ 70,396 | $ 29,000 | $ 1,100 | $ 9,872 | $ 6,934 | $ 37,373 | $ 104,267 | $ 23,037 | $ 667 | $ 731 | $ 1,028,857 | $ 37,943 |
| May-26 | $ 267,026 | $ 22,160 | $ 294,118 | $ 24,390 | $ 41,354 | $ 118,693 | $ 306,029 | $ 1,073,770 | $ 23,623 | $ 511,974 | $ 214,754 | $ 70,856 | $ 29,000 | $ 1,100 | $ 9,773 | $ 6,980 | $ 37,373 | $ 104,197 | $ 23,037 | $ 667 | $ 731 | $ 1,034,064 | $ 39,706 |
| Jun-26 | $ 264,356 | $ 22,160 | $ 300,001 | $ 24,390 | $ 42,594 | $ 119,878 | $ 307,559 | $ 1,080,938 | $ 23,781 | $ 515,391 | $ 216,188 | $ 71,329 | $ 29,000 | $ 1,100 | $ 9,675 | $ 7,026 | $ 37,373 | $ 104,143 | $ 23,037 | $ 667 | $ 731 | $ 1,039,441 | $ 41,497 |
| Jul-26 | $ 261,713 | $ 22,160 | $ 306,001 | $ 24,390 | $ 43,872 | $ 121,075 | $ 309,097 | $ 1,088,307 | $ 23,943 | $ 518,905 | $ 217,661 | $ 71,815 | $ 29,000 | $ 1,100 | $ 9,579 | $ 7,074 | $ 37,373 | $ 104,106 | $ 23,037 | $ 667 | $ 731 | $ 1,044,991 | $ 43,317 |
| Aug-26 | $ 259,096 | $ 22,160 | $ 312,121 | $ 24,390 | $ 45,188 | $ 122,283 | $ 310,643 | $ 1,095,880 | $ 24,109 | $ 522,516 | $ 219,176 | $ 72,315 | $ 29,000 | $ 1,100 | $ 9,483 | $ 7,123 | $ 39,242 | $ 104,086 | $ 23,037 | $ 667 | $ 731 | $ 1,052,584 | $ 43,296 |
| Sep-26 | $ 256,505 | $ 22,160 | $ 318,363 | $ 24,390 | $ 46,544 | $ 123,504 | $ 312,196 | $ 1,103,662 | $ 24,281 | $ 526,226 | $ 220,732 | $ 72,828 | $ 29,000 | $ 1,100 | $ 9,388 | $ 7,174 | $ 39,242 | $ 104,083 | $ 23,037 | $ 667 | $ 731 | $ 1,058,488 | $ 45,174 |
| Oct-26 | $ 262,917 | $ 22,160 | $ 324,730 | $ 24,390 | $ 47,940 | $ 124,737 | $ 313,757 | $ 1,120,632 | $ 24,654 | $ 534,317 | $ 224,126 | $ 73,948 | $ 29,000 | $ 1,100 | $ 9,623 | $ 7,284 | $ 39,242 | $ 106,072 | $ 23,037 | $ 667 | $ 731 | $ 1,073,801 | $ 46,831 |
| Nov-26 | $ 269,490 | $ 22,160 | $ 331,225 | $ 24,390 | $ 47,940 | $ 125,983 | $ 315,326 | $ 1,136,513 | $ 25,003 | $ 541,890 | $ 227,303 | $ 74,996 | $ 29,000 | $ 1,100 | $ 9,863 | $ 7,387 | $ 39,242 | $ 107,792 | $ 23,037 | $ 667 | $ 731 | $ 1,088,011 | $ 48,503 |
| Dec-26 | $ 276,227 | $ 22,160 | $ 337,849 | $ 24,390 | $ 47,940 | $ 127,240 | $ 316,902 | $ 1,152,710 | $ 25,360 | $ 549,612 | $ 230,542 | $ 76,065 | $ 29,000 | $ 1,100 | $ 10,110 | $ 7,493 | $ 39,242 | $ 109,551 | $ 23,037 | $ 667 | $ 731 | $ 1,102,508 | $ 50,202 |
| Jan-27 | $ 283,133 | $ 22,160 | $ 344,606 | $ 24,390 | $ 47,940 | $ 128,511 | $ 318,487 | $ 1,169,227 | $ 25,723 | $ 557,487 | $ 233,845 | $ 77,155 | $ 29,000 | $ 1,100 | $ 10,363 | $ 7,600 | $ 39,242 | $ 111,349 | $ 26,492 | $ 667 | $ 731 | $ 1,120,755 | $ 48,472 |
| Feb-27 | $ 280,302 | $ 22,160 | $ 351,499 | $ 24,390 | $ 47,940 | $ 129,794 | $ 320,079 | $ 1,176,163 | $ 25,876 | $ 560,795 | $ 235,233 | $ 77,613 | $ 29,000 | $ 1,100 | $ 10,259 | $ 7,645 | $ 39,242 | $ 111,009 | $ 26,492 | $ 667 | $ 731 | $ 1,125,660 | $ 50,503 |
| Mar-27 | $ 277,499 | $ 22,160 | $ 358,529 | $ 24,390 | $ 47,940 | $ 131,089 | $ 321,680 | $ 1,183,286 | $ 26,032 | $ 564,191 | $ 236,657 | $ 78,083 | $ 29,000 | $ 1,100 | $ 10,156 | $ 7,691 | $ 39,242 | $ 110,677 | $ 26,492 | $ 667 | $ 731 | $ 1,130,720 | $ 52,566 |
| Apr-27 | $ 274,724 | $ 22,160 | $ 365,699 | $ 24,390 | $ 49,379 | $ 132,398 | $ 323,288 | $ 1,192,037 | $ 26,225 | $ 568,363 | $ 238,407 | $ 78,660 | $ 29,000 | $ 1,100 | $ 10,055 | $ 7,748 | $ 39,242 | $ 110,671 | $ 26,492 | $ 667 | $ 731 | $ 1,137,362 | $ 54,676 |
| May-27 | $ 271,976 | $ 22,160 | $ 373,013 | $ 24,390 | $ 50,860 | $ 133,720 | $ 324,905 | $ 1,201,024 | $ 26,423 | $ 572,648 | $ 240,205 | $ 79,253 | $ 29,000 | $ 1,100 | $ 9,954 | $ 7,807 | $ 39,242 | $ 110,683 | $ 26,492 | $ 667 | $ 731 | $ 1,144,204 | $ 56,819 |
| Jun-27 | $ 269,257 | $ 22,160 | $ 380,473 | $ 24,390 | $ 52,386 | $ 135,055 | $ 326,529 | $ 1,210,249 | $ 26,625 | $ 577,047 | $ 242,050 | $ 79,862 | $ 29,000 | $ 1,100 | $ 9,855 | $ 7,867 | $ 39,242 | $ 110,714 | $ 26,492 | $ 667 | $ 731 | $ 1,151,252 | $ 58,998 |
| Jul-27 | $ 266,564 | $ 22,160 | $ 388,083 | $ 24,390 | $ 53,957 | $ 136,403 | $ 328,162 | $ 1,219,719 | $ 26,834 | $ 581,562 | $ 243,944 | $ 80,487 | $ 29,000 | $ 1,100 | $ 9,756 | $ 7,928 | $ 39,242 | $ 110,764 | $ 26,492 | $ 667 | $ 731 | $ 1,158,507 | $ 61,212 |
| Aug-27 | $ 263,898 | $ 22,160 | $ 395,845 | $ 24,390 | $ 55,576 | $ 137,765 | $ 329,802 | $ 1,229,436 | $ 27,048 | $ 586,195 | $ 245,887 | $ 81,128 | $ 29,000 | $ 1,100 | $ 9,659 | $ 7,991 | $ 41,204 | $ 110,834 | $ 26,492 | $ 667 | $ 731 | $ 1,167,936 | $ 61,501 |
| Sep-27 | $ 261,260 | $ 22,160 | $ 403,761 | $ 24,390 | $ 57,243 | $ 139,140 | $ 331,452 | $ 1,239,406 | $ 27,267 | $ 590,949 | $ 247,881 | $ 81,786 | $ 29,000 | $ 1,100 | $ 9,562 | $ 8,056 | $ 41,204 | $ 110,922 | $ 26,492 | $ 667 | $ 731 | $ 1,175,617 | $ 63,789 |
| Oct-27 | $ 267,791 | $ 22,160 | $ 411,837 | $ 24,390 | $ 58,961 | $ 140,530 | $ 333,109 | $ 1,258,776 | $ 27,693 | $ 600,184 | $ 251,755 | $ 83,064 | $ 29,000 | $ 1,100 | $ 9,801 | $ 8,182 | $ 41,204 | $ 113,043 | $ 26,492 | $ 667 | $ 731 | $ 1,192,917 | $ 65,860 |
| Nov-27 | $ 274,486 | $ 22,160 | $ 420,073 | $ 24,390 | $ 58,961 | $ 141,932 | $ 334,774 | $ 1,276,776 | $ 28,089 | $ 608,767 | $ 255,355 | $ 84,252 | $ 29,000 | $ 1,100 | $ 10,046 | $ 8,299 | $ 41,204 | $ 114,824 | $ 26,492 | $ 667 | $ 731 | $ 1,208,826 | $ 67,950 |
| Dec-27 | $ 281,348 | $ 22,160 | $ 428,475 | $ 24,390 | $ 58,961 | $ 143,349 | $ 336,448 | $ 1,295,131 | $ 28,493 | $ 617,518 | $ 259,026 | $ 85,463 | $ 29,000 | $ 1,100 | $ 10,297 | $ 8,418 | $ 41,204 | $ 116,646 | $ 26,492 | $ 667 | $ 731 | $ 1,225,056 | $ 70,075 |