The Crystal Spoon Corp.

Chapter 11 [Case No.: 22-22277-shl]

Claims Analysis

Bar Date: July 11, 2022

| Claim No. | Creditor | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 1 | U.S. Trustee Payment Center | | | $145,761.82 |
| 2 | NYS Dept. of Taxation & Finance | $102,867.19 | $24,717.46 | $18,246.13 |
| 3 | NYS Dept. of Labor | | | $42,322.43 |
| 4 | Consolidated Edison | | | $27,558.92 |
| 5 | Internal Revenue Service | | $182,795.70 | $166,178.75 |
| 6 | Fedex | | | $50,326.30 |
| 7 | Ginsberg's | | | $44,727.18 |
| 8 | U.S. Small Business Admin | $160,772.26 | | |
| 9 | NYIP Owner I LLC | | | $47,130.20 |
| 10 | NYS Dept. of Taxation & Finance | | $50.00 | |
| Total: | | $263,639.45 | $207,563.16 | $542,251.73 |

# Southern District of New York
# Claims Register

### [22-22277-shl The Crystal Spoon Corp.](#)

| | |
|---|---|
| **Judge:** Sean H. Lane | **Chapter:** 11 |
| **Office:** White Plains | **Last Date to file claims:** 07/11/2022 |
| **Trustee:** Salvatore LaMonica | **Last Date to file (Govt):** |

---

*Creditor:* (7946810)  
U.S. Trustee Payment Center  
P.O. Box 6200-19  
Portland, OR 97228

**Claim No: 1**  
*Original Filed Date:* 05/20/2022  
*Original Entered Date:* 05/20/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Linda Riffkin  
*Modified:*

Amount claimed: $145761.82

*History:*

| Details | 1-1 | 05/20/2022 Claim #1 filed by U.S. Trustee Payment Center, Amount claimed: $145761.82 (Riffkin, Linda) |

*Description:* (1-1) unsecured claim for U.S. Trustee Quarterly fees from prior case  
*Remarks:* (1-1) fees under chapter 123 of Title 28, United States Code

---

*Creditor:* (7947063)  
New York State Department of Taxation & Finance  
Bankruptcy Section  
P O Box 5300  
Albany New York 12205-0300

**Claim No: 2**  
*Original Filed Date:* 05/24/2022  
*Original Entered Date:* 05/24/2022  
*Last Amendment Filed:* 03/27/2023  
*Last Amendment Entered:* 03/27/2023

*Status:*  
*Filed by:* CR  
*Entered by:* David M Pugliese  
*Modified:*

Amount claimed: $145830.78  
Secured claimed: $102867.19  
Priority claimed: $24717.46

*History:*

| Details | 2-6 | 03/27/2023 Amended Claim #2 filed by New York State Department of Taxation & Finance, Amount claimed: $145830.78 (Pugliese, David) |
| Details | 2-5 | 02/09/2023 Amended Claim #2 filed by New York State Department of Taxation & Finance, Amount claimed: $150889.66 (Pugliese, David) |
| Details | 2-4 | 01/11/2023 Amended Claim #2 filed by New York State Department of Taxation & Finance, Amount claimed: $156359.76 (Pugliese, David) |
| Details | 2-3 | 01/09/2023 Amended Claim #2 filed by New York State Department of Taxation & Finance, Amount claimed: $155171.14 (Pugliese, David) |
| Details | 2-2 | 09/26/2022 Amended Claim #2 filed by New York State Department of Taxation & Finance, Amount claimed: $154202.44 (Pugliese, David) |
| Details | 2-1 | 05/24/2022 Claim #2 filed by New York State Department of Taxation & Finance, Amount claimed: $135405.18 (Pugliese, David) |

*Description:* (2-6) 5th amended pre petition proof of claim  
(2-5) 4th amended pre petition proof of claim  
(2-4) 3rd amended pre petition proof of claim  
(2-3) 2nd amended pre petition proof of claim  
(2-2) 1st amended pre petition proof of claim  
(2-1) pre petition proof of claim  
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7947250)<br>NEW YORK STATE DEPARTMENT OF LABOR<br>STATE CAMPUS BLDG 12 RM 256<br>ALBANY, NY 12240 | **Claim No: 3**<br>*Original Filed Date*: 05/25/2022<br>*Original Entered Date*: 05/25/2022<br>*Last Amendment Filed*: 10/20/2022<br>*Last Amendment Entered*: 10/20/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* 10/20/2022 |

Amount claimed: $42322.43
Priority claimed: $42322.43

*History:*

| Details | | 3-2 | 10/20/2022 | Amended Claim #3 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $42322.43 (Admin.) |
| Details | | 3-1 | 05/25/2022 | Claim #3 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $40416.71 (Admin.) |

*Description:*
*Remarks:* (3-2) Account Number (last 4 digits):7627
(3-1) Account Number (last 4 digits):7627

| | | |
|---|---|---|
| *Creditor:* (7947444)<br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC<br>BANKRUPTCY / EAG GROUP<br>4 IRVING PLACE 9TH FLOOR<br>NEW YORK, NY 10003 | **Claim No: 4**<br>*Original Filed Date*: 05/26/2022<br>*Original Entered Date*: 05/26/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* |

Amount claimed: $27558.92

*History:*

| Details | | 4-1 | 05/26/2022 | Claim #4 filed by CONSOLIDATED EDISON COMPANY OF NEW YORK, INC, Amount claimed: $27558.92 (Admin.) |

*Description:*
*Remarks:* (4-1) Account Number (last 4 digits):#9

| | | |
|---|---|---|
| *Creditor:* (7948855)<br>Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 5**<br>*Original Filed Date*: 06/02/2022<br>*Original Entered Date*: 06/02/2022<br>*Last Amendment Filed*: 06/07/2023<br>*Last Amendment Entered*: 06/07/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Maria Valerio<br>*Modified:* |

Amount claimed: $348974.45
Secured claimed: $0.00
Priority claimed: $182795.70

*History:*

| Details | | 5-3 | 06/07/2023 | Amended Claim #5 filed by Internal Revenue Service, Amount claimed: $348974.45 (Valerio, Maria) |
| Details | | 5-2 | 11/22/2022 | Amended Claim #5 filed by Internal Revenue Service, Amount claimed: $275290.90 (Valerio, Maria) |
| Details | | 5-1 | 06/02/2022 | Claim #5 filed by Internal Revenue Service, Amount claimed: $304987.90 (Valerio, Maria) |

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (7949069)<br>Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | **Claim No: 6**<br>*Original Filed Date*: 06/02/2022<br>*Original Entered Date*: 06/02/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* | |

  Amount claimed: $50326.30

*History:*

Details   6-1   06/02/2022 Claim #6 filed by Fedex Corporate Services Inc, Amount claimed: $50326.30 (Admin.)

*Description:*

*Remarks:* (6-1) Account Number (last 4 digits):3770

| | | | |
|---|---|---|---|
| *Creditor:* (7945999)<br>GINSBERG'S<br>P.O. BOX 17 ROUTE 66<br>HUDSON, NY 12534 | **Claim No: 7**<br>*Original Filed Date*: 06/03/2022<br>*Original Entered Date*: 06/03/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* | |

  Amount claimed: $44727.18

*History:*

Details   7-1   06/03/2022 Claim #7 filed by GINSBERG'S, Amount claimed: $44727.18 (Admin.)

*Description:*

*Remarks:* (7-1) Account Number (last 4 digits):1720

| | | | |
|---|---|---|---|
| *Creditor:* (7956207)<br>U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701 | **Claim No: 8**<br>*Original Filed Date*: 07/07/2022<br>*Original Entered Date*: 07/07/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* | |

  Amount  claimed: $160772.26
  Secured claimed: $160772.26

*History:*

Details   8-1   07/07/2022 Claim #8 filed by U.S. Small Business Administration, Amount claimed: $160772.26 (Admin.)

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):7910

| | | | |
|---|---|---|---|
| *Creditor:* (7956330)<br>NYIP Owner I LLC<br>c/o Reich Reich & Reich, P.C.<br>235 Main Street, Suite 450<br>White Plains, NY 10601 | **Claim No: 9**<br>*Original Filed Date*: 07/08/2022<br>*Original Entered Date*: 07/08/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Nicholas A. Pasalides<br>*Modified:* | |

  Amount claimed: $47130.20

*History:*

Details   9-1   07/08/2022 Claim #9 filed by NYIP Owner I LLC, Amount claimed: $47130.20 (Pasalides, Nicholas)

*Description:* (9-1) Arrears due under a lease agreement
*Remarks:*

| | |
|---|---|
| *Creditor:* (7947063) <br> New York State Department of Taxation & Finance <br> Bankruptcy Section <br> P O Box 5300 <br> Albany New York 12205-0300 | **Claim No: 10** <br> *Original Filed Date*: 05/19/2023 <br> *Original Entered Date*: 05/19/2023 |

*Status:* <br>
*Filed by:* CR <br>
*Entered by:* David M Pugliese <br>
*Modified:*

Amount claimed: $50.00

Priority claimed: $50.00

*History:*

Details   10-1   05/19/2023 Claim #10 filed by New York State Department of Taxation & Finance, Amount claimed: $50.00 (Pugliese, David)

*Description:* (10-1) period of administrative expense tax liability

*Remarks:*

## Claims Register Summary

**Case Name:** The Crystal Spoon Corp. <br>
**Case Number:** 22-22277-shl <br>
**Chapter:** 11 <br>
**Date Filed:** 05/18/2022 <br>
**Total Number Of Claims:** 10

| Total Amount Claimed* | $1013454.34 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $263639.45 | |
| **Priority** | $249885.59 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/17/2023 11:16:49 | | | |
| **PACER Login:** | fmalara245 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 22-22277-shl Filed or Entered From: 7/5/2010 Filed or Entered To: 7/17/2023 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |