| | |
|---|---|
| PENACHIO MALARA LLP<br>Counsel for the Debtor<br>245 Main Street, Suite 450<br>White Plains, New York 10601<br>(914) 946-2889 | **HEARING DATE & TIME**:<br>**AUGUST 16, 2023 AT 10:00 AM** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re                                             :         CHAPTER 11
                                                  :         (Subchapter V)
   THE CRYSTAL SPOON CORP.,          :
                                                  :         CASE NO.: 22-22277-SHL
                           Debtor.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### NOTICE OF HEARING ON CONFIRMATION OF THE DEBTOR'S AMENDED CHAPTER 11 SMALL BUSINESS SUBCHAPTER V PLAN

      **PLEASE TAKE NOTICE**, that a hearing on the confirmation of the amended Chapter 11 Small Business SubChapter V plan (the "Plan") of the above-referenced debtor (the "Debtor") will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in his Courtroom at the Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601 at 10:00 AM on August 16, 2023.

      **PLEASE TAKE FURTHER NOTICE** that the hearing will also be conducted remotely via the Zoom for Government videoconferencing platform (which may be referred to as Zoom). Participants are encouraged to review the guide to participating on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide with Zoom.  Please refer to the Bankruptcy Court website www.nysb.uscourts.gov and/or contact the undersigned for guidance.

      **PLEASE TAKE FURTHER NOTICE** that should you wish to attend the hearing remotely, you will be required to register at least 24 hours in advance of the hearing https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that enclosed herewith is a claim specific ballot for acceptance or rejection of the Plan which contains instructions. In order to be counted, a ballot must be completed, signed, reflect the title of the person signing it (if not an individual) and returned to the undersigned on or before August 9, 2023 by 5:00 PM New York time.

**PLEASE TAKE FURTHER NOTICE** that, a copy of the Plan or any exhibits thereto, are available from the Bankruptcy Court website, www.nysb.uscourts.gov or from the undersigned and will be provided upon request.

**PLEASE TAKE FURTHER NOTICE** that this Plan of Reorganization is presented to inform you of the proposed plan for restructuring the debt of the Debtor, and to seek your vote to accept the Plan. You are encouraged to carefully review the full text of this document, including all exhibits and attachments, before deciding how to vote on the Plan. The SubChapter V Trustee recommends confirmation of the Plan.

IN ADDITION TO CASTING YOUR VOTE TO ACCEPT OR REJECT THE PLAN, YOU MAY OBJECT TO CONFIRMATION OF THE PLAN. IF YOU WISH TO OBJECT TO CONFIRMATION OF THE PLAN, YOU MUST DO SO BY FILING THE OBJECTION WITH THE CORT, SERVING IT ON COUNSEL FOR THE DEBTOR, AND PROVIDING A COPY TO COURT'S CHAMBERS IN THE CASE BY 5:00 PM ET ON AUGUST 9, 2023. YOUR BALLOT STATING HOW YOU ARE VOTING ON THE PLAN MUST BE COMPLETED, SIGNED AND RETURNED <u>SO AS TO RECEIVED BY AUGUST 9, 2023.</u> THIS BALLOT MUST BE MAILED TO THE FOLLOWING ADDRESS: Anne Penachio, Esq., Penachio Malara, LLP, 245 Main Street, Suite 450, White Plains, NY 10601 or by electronic mail at anne@pmlawllp.com.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by this Plan. You should consider discussing this document with an attorney.

**PLEASE TAKE FURTHER NOTICE The Debtor in this case is a small business and it elected to be treated as a debtor under Sub Chapter V of the bankruptcy Code. As a result, the Debtor is permitted to distribute the Plan, with its disclosures, before its approval by the Court. If an objection to the Plan or the disclosures made herein is filed by a party in interest, approval will be considered at or before the hearing on confirmation of the Plan.**

**PLEASE TAKE FURTHER NOTICE** that, unless objections are interposed, the Plan may be confirmed.

Dated: White Plains, New York
      July 17, 2023

    PENACHIO MALARA, LLP
    /s/ Anne Penachio
    Anne Penachio
    245 Main Street, Suite 450
    White Plains, NY 10601
    (914) 946-2889

PENACHIO MALARA LLP
Counsel for the Debtor
245 Main Street - Suite 450
White Plains, New York 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re                                           :      CHAPTER 11
                                                :      (Subchapter V)
    THE CRYSTAL SPOON CORP.,             :
                                                :      CASE NO.: 22-22277-SHL
                              Debtor.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**CLASS 3 BALLOT FOR ACCEPTING OR REJECTING AMENDED CHAPTER 11
SMALL BUSINESS SUBCHAPTER V PLAN**

    ANNE PENACHIO, ESQ. filed an amended Chapter 11 Small Business Subchapter V Plan dated July 17, 2023 (the "Plan") for the Debtor in this case.

    **You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

    **If your ballot is not received by Anne Penachio, Esq., by first class or overnight mail at Penachio Malara LLP, 245 Main Street, Suite 450, White Plains, New York and/or by e-mail anne@pmlawllp.com and/or by facsimile at (914) 206-4884, so that it is received on or before August 9, 2023 by 5:00 PM New York Time and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

    **If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

[If the voter is the holder of a secured, priority or unsecured nonpriority claim]

    The undersigned, the holder of a Class 3 claim against the debtor in the unpaid amount of Dollars ($        )

[or, if the voter is the holder of a bond, debenture, or other debt security]

*Check one box only*

    ☐ Accepts the Plan
    ☐ Rejects the Plan

Dated: _____

Print or type name: _____

Signature: _____Title, (if corporation or partnership)

Address: _____

          _____

          _____

---

Return this ballot to:

Penachio Malara, LLP
Attn: Anne Penachio, Esq.
245 Main Street, Suite 450
White Plains, NY 10601
anne@pmlawllp.com
Fax: (914) 206-4884

PENACHIO MALARA LLP
Counsel for the Debtor
245 Main Street - Suite 450
White Plains, New York 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re                              :     CHAPTER 11
                                   :     (Subchapter V)
    THE CRYSTAL SPOON CORP.,       :
                                   :     CASE NO.: 22-22277-SHL
                        Debtor.    :
------------------------------------X

**CLASS 4 BALLOT FOR ACCEPTING OR REJECTING MENDED CHAPTER 11 SMALL BUSINESS SUBCHAPTER V PLAN**

ANNE PENACHIO, ESQ. filed an amended Chapter 11 Small Business Subchapter V Plan dated July 17, 2023 (the "Plan") for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 4 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Anne Penachio, Esq., by first class or overnight mail at Penachio Malara LLP, 245 Main Street, Suite 450, White Plains, New York and/or by e-mail anne@pmlawllp.com and/or by facsimile at (914) 206-4884, so that it is received on or before August 9, 2023 by 5:00 PM New York Time and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

[If the voter is the holder of a secured, priority or unsecured nonpriority claim]

The undersigned, the holder of a Class 4 claim against the debtor in the unpaid amount of Dollars ($         )

[or, if the voter is the holder of a bond, debenture, or other debt security]

*Check one box only*

    ☐ Accepts the Plan
    ☐ Rejects the Plan

Dated: _____

Print or type name: _____

Signature: _____Title, (if corporation or partnership)

Address: _____

          _____

          _____

---

Return this ballot to:

Penachio Malara, LLP
Attn: Anne Penachio, Esq.
245 Main Street, Suite 450
White Plains, NY 10601
anne@pmlawllp.com
Fax: (914) 206-4884

PENACHIO MALARA LLP
Counsel for the Debtor
245 Main Street - Suite 450
White Plains, New York 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re                                                  :         CHAPTER 11
                                                       :         (Subchapter V)
    THE CRYSTAL SPOON CORP.,          :
                                                       :         CASE NO.: 22-22277-SHL
                            Debtor.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CLASS 5 BALLOT FOR ACCEPTING OR REJECTING AMENDED CHAPTER 11 SMALL BUSINESS SUBCHAPTER V PLAN

     ANNE PENACHIO, ESQ. filed an amended Chapter 11 Small Business Subchapter V Plan dated July 17, 2023 (the "Plan") for the Debtor in this case.

     **You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 5 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

     **If your ballot is not received by Anne Penachio, Esq., by first class or overnight mail at Penachio Malara LLP, 245 Main Street, Suite 450, White Plains, New York and/or by e-mail anne@pmlawllp.com and/or by facsimile at (914) 206-4884, so that it is received on or before August 9, 2023 by 5:00 PM New York Time and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

     **If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

[If the voter is the holder of a secured, priority or unsecured nonpriority claim]

     The undersigned, the holder of a Class 5 claim against the debtor in the unpaid amount of Dollars ($        )

[or, if the voter is the holder of a bond, debenture, or other debt security]

*Check one box only*

    ☐ Accepts the Plan
    ☐ Rejects the Plan

Dated: _____

Print or type name: _____

Signature: _____Title, (if corporation or partnership)

Address: _____

          _____

          _____

---

Return this ballot to:

Penachio Malara, LLP
Attn: Anne Penachio, Esq.
245 Main Street, Suite 450
White Plains, NY 10601
anne@pmlawllp.com
Fax: (914) 206-4884