# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

In re:                    |          Case No. 22-22277 (SHL)

THE CRYSTAL SPOON CORP.,    |

                       Debtor.

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Salvatore LaMonica, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. A plan was confirmed on September 15, 2023. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated on October 2, 2023 and, pursuant to 11 U.S.C. § 330(a), on November 17, 2023, the Court ordered compensation of $18,835.50 be awarded to the trustee. These funds were paid by the Debtor to the Trustee on November 30, 2023. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Date: December 14, 2023

By:    */s/ Salvatore LaMonica*
        Salvatore LaMonica, Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(V)-NDR D