PENACHIO MALARA LLP
Counsel for the Debtor
245 Main Street, Suite 450
White Plains, New York 10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
In re                                              :     CHAPTER 11
                                                   :     (Subchapter V)
   THE CRYSTAL SPOON CORP.,            :
                                                   :     CASE NO.: 22-22277-SHL
                                      Reorganized Debtor.    :
------------------------------------X

**NOTICE OF ADJOURNMENT OF CASE MANAGEMENT STATUS CONFERENCE AND HEARINGS ON (I) MOTION TO EXPUNGE OR REDUCE CLAIM NUMBERED 1 OF THE UNITED STATES TRUETSEE; (II) MOTION TO REDUCE CLAIM NUMBERED 2 OF NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; (III) MOTION TO EXPUNGE CLAIM NUMBERED 3 OF NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; AND (IV) MOTION TO REDUCE CLAIM NUMBERED 5 OF THE INTERNAL REVENUE SERVICE**

     **PLEASE TAKE NOTICE** that the Case Management Status Conference and hearings on the (i) Motion to Expunge or Reduce Claim numbered 1 of Office of the United States Trustee (Dkt. No. 107); (ii) Motion to Expunge Claim numbered 2 of New York State Department of Taxation and Finance (Dkt. No. 96); (iii) Motion to Expunge Claim numbered 3 of New York State Department of Taxation and Finance (Dkt. No. 102); and (iv) Motion to Reduce Claim numbered 5 of the Internal Revenue Service (Dkt. No. 104) have been adjourned from July 17, 2025 at 10:00 AM to September 11, 2025 at 10:00 AM.

     **PLEASE TAKE FURTHER NOTICE** that the hearings will be held before the Honorable Sean H. Lane in his Courtroom at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601.

**PLEASE TAKE FURTHER NOTICE** that the hearings will be conducted remotely through Zoom for Government. Please refer to the Bankruptcy Court website www.nysb.uscourts.gov and/or contact the undersigned for guidance.

Dated: White Plains, New York
       July 17, 2025

**PENACHIO MALARA, LLP**
By: /s/ Anne Penachio
    Anne Penachio, Esq.
    Counsel for the Debtor
    245 Main Street, Suite 450
    White Plains, NY 10601
    (914) 946-2889